Case 7:24-mc-00129-KMK-AEK    Document 80    Filed 01/07/25    Page 1 of 1

**Corey Calabrese**
Direct Dial: 212.906.1839
Corey.calabrese@lw.com

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.4800  Fax: +1.212.751.4864
www.lw.com

# LATHAM&WATKINS LLP

January 7, 2025

**VIA ECF**

Hon. Kenneth M. Karas, U.S.D.J.
U.S. District Court for the Southern District of New York
The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

Re:  *In re Subpoena to Intel Corp. et al.*, 7:24-mc-00129 (S.D.N.Y.);
 *Intel Corp. et al v. GlobalFoundries U.S. Inc.*, 1:24-mc-00220 (S.D.N.Y.);
 *Intel Corp. et al v. GlobalFoundries U.S. Inc.*, 7:24-mc-00259 (S.D.N.Y.);
 *In re Subpoena to Rapidus US, LLC*, 7:24-mc-00292 (S.D.N.Y.)

Dear Judge Karas:

We write on behalf of Plaintiff GlobalFoundries U.S. Inc. ("GF") regarding the above-referenced miscellaneous actions related to GF's document subpoenas of Intel Corporation and Rapidus US LLC and deposition subpoenas of Intel employees Mark Bohr and George Cumming. GF and Defendant International Business Machines Corporation resolved their dispute in the underlying action, *GlobalFoundries U.S. Inc. v. Int'l Business Machines Corp.*, Civil Action No. 7:23-cv-03348-KMK-AEK (S.D.N.Y.), to which these subpoenas related.

Accordingly, GF has withdrawn all subpoenas associated with the above-referenced miscellaneous actions and withdraws its Motions to Compel in matters *In re Subpoena to Intel Corp. et al.*, No. 7:24-mc-00129-KMK-AEK (S.D.N.Y.) and *In re Subpoena to Rapidus US, LLC*, 7:24-mc-00292 (S.D.N.Y.) with prejudice. Likewise, the above referenced matters may be terminated and closed.

We thank the Court for its time and attention.

Respectfully submitted,

/s/ *Corey Calabrese*
Corey Calabrese

cc: All counsel of record (via ECF)

For the reasons noted in this letter, the Clerk is respectfully directed to close the cases listed above.

So Ordered
[signature]
1/7/25